

U. S. Department of Justice

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*US Attorney's Office*
*150 Fayetteville Street*
*Suite 2100*
*Raleigh, North Carolina 27601*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## MEMORANDUM

DATE: July 19, 2023

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.
United States Attorney

ATTN OF: GABRIEL J. DIAZ  LWL FOR
Assistant United States Attorney

SUBJECT: UNITED STATES v. JASON EVANS
No. 5:23-CR-233 WESTERN DIVISION

    Please issue warrants for the arrest of the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office. The warrant should be returnable before the U.S. Magistrate Judge.

GD:jf

cc: US Marshal Service
    US Probation Office